JERRY NAMBA (State Bar No. 120117)
*jnambaepiq@earthlink.net*
1375 E. Grand Ave., Suite 103
PMB 545
Arroyo Grande, CA 93420

Chapter 7 Trustee

BRAD D. KRASNOFF (State Bar No. 125065)
*bkrasnoff@DanningGill.com*
ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
MICHAEL G. D'ALBA (State Bar No. 264403)
*mdalba@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Jerry Namba, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>AMPERSAND PUBLISHING, LLC dba SANTA BARBARA NEWS-PRESS,<br><br>Debtor. | Case No. 9:23-bk-10601-RC<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S NOTICE OF APPLICATION AND APPLICATION TO EMPLOY DANNING, GILL, ISRAEL & KRASNOFF, LLP AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 328; STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014**<br><br>[No Hearing Required] |

TO THE HONORABLE RONALD CLIFFORD, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:

PLEASE TAKE NOTICE that Jerry Namba, the Chapter 7 trustee (the "Trustee" or "applicant") for the estate of Ampersand Publishing, LLC, dba Santa Barbara News-Press (the "debtor"), seeks an order authorizing him to employ Danning, Gill, Israel & Krasnoff, LLP

("Danning Gill" or the "Firm") as his special litigation counsel under 11 U.S.C. § 328 (the "application").

The Trustee submits this application pursuant to Local Bankruptcy Rule 2014-1(b)(2)(A) and Local Bankruptcy Rule 9013-1 and, pursuant thereto, no hearing is required on the application unless requested by a party-in-interest.

The application is based upon this notice of application, the attached application, the complete files and records of this case, the attached Statement of Disinterestedness, and upon such other evidentiary matters as may be presented to the Court.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Bankruptcy Rule 9013-1(o)(1), any objection and request for hearing must be in writing and must be filed and served within fourteen (14) days after of the date of mailing of this Notice, plus an additional 3 days if this Notice of application was served by mail or pursuant to Fed. R. Civ. P. 5(b)(2)(D) or (F). The response or opposition to the application shall be filed with the Bankruptcy Court and served on the United States Trustee, at 1415 State Street, Suite 148, Santa Barbara CA, 93101, the Trustee at the address on the upper left-hand corner of this Notice, and proposed counsel for the Trustee, Eric P. Israel, Danning, Gill, Israel & Krasnoff, LLP, at 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067.

If you fail to file a written response within fourteen days of the date of the service of this Notice, plus an additional 3 days if this Notice of application was served by mail or pursuant to Fed. R. Civ. P. 5(b)(2)(D) or (F), the Court may treat such failure as a waiver of your right to oppose the application and may grant the requested relief.

DATED: January 5, 2024

DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: *_/s/ Eric P. Israel_*
ERIC P. ISRAEL
Attorneys for Jerry Namba,
Chapter 7 Trustee

**Date of Mailing: January 5, 2024**

**MEMORANDUM OF POINTS AND AUTHORITIES**

Jerry Namba, the Chapter 7 trustee herein ("applicant" or the "Trustee"), represents as follows:

1. On or about July 21, 2023 (the "Petition Date"), Ampersand Publishing, LLC, dba Santa Barbara News -Press (the "debtor") commenced this case by filing a voluntary petition for relief under Chapter 7 of title 11 of the United States Code (the "Bankruptcy Case").

2. Jerry Namba accepted appointment as the Chapter 7 Trustee for the debtor's estate and continues to serve in that capacity for the benefit of the estate and its creditors.

3. Since the time the debtor was formed, it owned two parcels of real property in Santa Barbara. One was improved with a building that was used as its office. The other was improved with a building for its print facility. In September 2014, faced with creditor problems, including serious litigation with the National Labor Relations Board, the debtor transferred the office to limited liability company, and transferred the print facility, to another LLC (collectively the "Transfers"). Both transferee LLC's appear to be owned by Wendy McCaw, who is also the managing member of the debtor transferor. The debtor, according to the grant deeds, received nothing in exchange for the Transfers.

4. Pursuant to Court order, the Trustee previously retained Danning Gill as his general counsel on an hourly basis. See docket no. 18.

5. The Trustee now seeks to employ Danning Gill as special counsel to commence and litigate an adversary proceeding to avoid and recover the Transfers on the grounds that they are voidable transfers (fraudulent conveyances). The Trustee filed the complaint thereon on or about December 26, 2023, commencing adversary no. 9:23-ap-01067-RC (the "Adversary Proceeding"). Adv. Docket No. 1.

6. Pursuant to Section 328 of the Bankruptcy Code, the Trustee seeks to employ the Firm, on a contingency fee basis, as special litigation counsel to prosecute claims for relief relating to the Transfers as set forth in the Complaint. Assuming this application is granted, preparation of the Complaint will be part of the engagement as special litigation counsel. The Firm will maintain separate billing files for the general counsel engagement and the special counsel engagement.

7. For the engagement as special litigation counsel, the Trustee seeks to retain the Firm on a contingency fee basis pursuant to 11 U.S.C. § 328 on the following terms:

(a) First, the Firm will be entitled to reimbursement of its costs.

(b) Second, the Firm will be paid 40% of the "Amount Recovered." The term "Amount Recovered" means the gross amount of any recovery, before deduction of any unpaid costs, whether such sums are established by settlement or compromise but before trial commences.

(c) Upon commencement of trial, the Firm will be paid 45% of the Amount Recovered, including any award of judgment and/or attorney's fees.

(d) If there is no Amount Recovered, no fee will be paid to the Firm for services rendered in its capacity as special litigation counsel. However, the estate still will be responsible for payment of all allowed costs incurred.

8. Danning-Gill understands that allowance and payment of fees and costs under section 328 remain subject to Court approval.

9. Danning-Gill is experienced in debtor/creditor matters including, among other things, the representation of bankruptcy trustees and various interested parties who appear in bankruptcy cases. Danning-Gill is competent to perform the requisite legal services in the bankruptcy cases. Danning-Gill's breadth of experience and length of service in the legal community is described in its firm resume, a copy of which is attached hereto as Exhibit "1", filed with this application and incorporated herein by reference.

10. The lawyers affiliated with Danning-Gill have practiced in bankruptcy courts for many years. Danning-Gill has handled virtually every type of matter which may arise in the context of a bankruptcy case. Danning-Gill has been retained as attorneys for trustees in thousands of different bankruptcy cases. Danning-Gill and all of the lawyers affiliated with it who will work on the bankruptcy cases are familiar with the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules. Danning-Gill will comply with the Bankruptcy Code and all applicable Rules in the bankruptcy cases.

11. As of the date of this application, to the best of applicant's knowledge and after consideration of the disclosures in the attached Statement of Disinterestedness for Employment of

Professional Person Under Fed. R. Bankr. P. 2014 (the "Statement of Disinterestedness"), to the extent it applies, applicant believes that the Firm and all of its partners and associates are disinterested persons as that term is defined in 11 U.S.C. § 101(14), and neither the Firm nor any partners or associates of the Firm are connected with applicant, the debtor, its creditors, any other party in interest, their respective attorneys and accountants, or to this estate, and has no relation to any bankruptcy judge presiding in this district, the Clerk of the Court or any relation to the United States Trustee in this district, or any person employed at the Court or the Office of the United States Trustee, nor does the Firm or its attorneys represent or hold an adverse interest with respect to the debtor, any creditor, or to this estate except to the extent that: (1) the Firm has represented, and presently represents, Jerry Namba solely in his capacity as trustee in other cases unrelated to the debtor; (2) attorneys at Danning-Gill (Richard K. Diamond and Brad D. Krasnoff) are members of the panel of trustees for the Central District of California, and the Firm represents them in that capacity in other cases unrelated to the debtor; and (3) the Firm currently represents the Trustee in this case has his general counsel, and the Firm has accrued administrative fees and costs relating thereto in the debtor's case which remain subject to Court approval. Applicant believes that these relationships do not affect the disinterestedness of Danning-Gill (to the extent disinterestedness applies) or create any adverse interest.

12. Attached hereto collectively as Exhibit "2" and incorporated herein by this reference is a list of Danning-Gill's rates of reimbursement for expenses for 2024.

13. There will be no oral or written employment agreement between applicant and Danning-Gill, apart from this application and the order entered upon this application. The only source of payment of compensation for Danning-Gill will be from the estate, as may be approved and ordered paid by the Court after notice and hearing. No retainer has been paid or will be paid to Danning-Gill.

/ / /

/ / /

/ / /

/ / /

WHEREFORE, applicant prays the Court to enter its order authorizing him to employ Danning-Gill as his special litigation counsel on a 40% contingency fee basis before trial and 45% upon commencement of trial plus reimbursement of costs advanced (regardless of recovery), as set forth above, pursuant to 11 U.S.C. § 328; and for such other and further relief as may be just and proper.

Dated: January 2, 2024

JERRY NAMBA, Chapter 7 Trustee

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014**

1. Name, address and telephone number of the professional ("the Professional" or "the "Firm") submitting this Statement:

Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
T: 310-277-0077
F: 310-277-5735

Attached hereto as Exhibit "1" and incorporated by reference herein, is a copy of the resume for the Firm.

2. The services to be rendered by the Professional in this case are (specify): special litigation counsel under 11 U.S.C. § 328. See paragraph 5 of the within the Application.

3. The terms and source of the proposed compensation and reimbursement of the Professional are (specify):

(a) First, the Firm will be entitled to reimbursement of its costs.

(b) Second, the Firm will be paid 40% of the "Amount Recovered." The term "Amount Recovered" means the gross amount of any recovery, before deduction of any unpaid costs, whether such sums are established by settlement or compromise but before trial commences.

(c) Upon commencement of trial, the Firm will be paid 45% of the Amount Recovered, including any award of judgment and/or attorney's fees.

(d) If there is no Amount Recovered, no fee will be paid to the Firm for services rendered in its capacity as special litigation counsel. However, the estate still will be responsible for payment of all allowed costs incurred.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are (specify): None

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of (specify): Conflicts check

6. The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):

None except to the extent that: : (1) the Firm has represented, and presently represents, Jerry Namba solely in his capacity as trustee in other cases unrelated to the debtor; (2) attorneys at Danning-Gill (Richard K. Diamond and Brad D. Krasnoff) are members of the panel of trustees for the Central District of California, and the Firm represents them in that capacity in other cases unrelated to the debtor;

and (3) the Firm currently represents the Trustee in this case has his general counsel, and the Firm has accrued administrative fees and costs in the debtor's case which remain subject to Court approval. Applicant believes that these relationships do not affect the disinterestedness of Danning-Gill (to the extent disinterestedness applies) or create any adverse interest. Applicant believes that these relationships do not affect the disinterestedness of Danning-Gill or create any adverse interest.

7. The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows (specify, attaching extra pages as necessary): None, except that the Firm has an administrative claim for professional fees incurred in the general counsel file in this case.

8. The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor.

9. The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or for any other reason, except as follows (specify, attaching extra pages as necessary): None

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):

Eric P. Israel, Partner (through PC)
Danning, Gill, Israel & Krasnoff,, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
T: 310-277-0077
F: 310-277-5735

11. The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary):

None

12. Total number of attached pages of supporting documentation: 9

13. After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on January 5, 2024, at Los Angeles, California.

*/s/ Eric P. Israel*
ERIC P. ISRAEL

# EXHIBIT "1"

WWW.DANNINGGILL.COM

DANNING GILL

1901 AVENUE OF THE STARS, SUITE 450
LOS ANGELES, CALIFORNIA 90067-6006

(310) 277-0077 – TEL
(310) 277-5735 – FAX

FIRM RESUME

Danning, Gill, Israel & Krasnoff, LLP (the "Firm") is a California limited liability partnership composed of several professional corporations, located in Los Angeles, California. The Firm has been engaged in the practice of law with an emphasis on debtor-creditor relations, bankruptcy and reorganization matters since 1953. Since 1981, its principal office has been located in Century City and is presently at 1901 Avenue of the Stars, Suite 450, Los Angeles, California 90067-6006.

Within its area of debtor-creditor specialization, the Firm operates in three areas, focusing on (1) creditors' rights and debtors' rights, including the representation of lessors, lessees, creditors and creditors' committees, the prosecution on creditors' behalf of relief from stay actions, actions to determine non-dischargeability of debts under the Bankruptcy Code, and matters involving executory contracts and leases, out of court workouts, reorganizations and the like, (2) debtors' estates, including representation of large Chapter 11 debtor estates, and (3) representation of chapter 7 and chapter 11 Trustees, State Court Receivers, assignees for the benefit of creditors and disbursing agents under chapter 11 plans or in out of court workouts. Members of the Firm are qualified to and do serve as State Court appointed Receivers and as chapter 7 and operating chapter 11 Trustees in the United States Bankruptcy Court for the Central District of California and in the Superior Courts of the State of California.

The Firm has represented numerous banks, title insurance companies, and other financial institutions, as well as representing corporations, partnerships, professional corporations, limited liability companies and individuals in work-outs, reorganizations, and liquidations of real estate (hotels, apartment buildings, office buildings, shopping centers, residential property and undeveloped property), construction, wholesale, retail, food service, and law firms, among others. Among other clients, the Firm has represented the City of Los Angeles, San Diego County Airport Authority, San Francisco Airport Authority, Time-Warner Entertainment Co. LP and its divisions and affiliates, including but not limited to Warner Bros. and Warner Home Video, and Turner Broadcasting System, Inc. and its divisions, affiliates and subsidiaries, in bankruptcy-related matters. It has in the past represented several professional (medical and legal) firms in creditor workouts and reorganizations.

The Firm has represented many debtors in chapter 11 reorganization, including MMPI and its affiliates; it represented State Street Bank and Trust Company as a member of the Official Committee of Creditors Holding Unsecured

Claims in the Orange County Chapter 9 case; and it represented the City of Los Angeles in the Eastern Airlines, Pan American World Airways, Continental Airlines, Trans World Airlines (both cases), America West Airlines and Damson Oil Co. chapter 11 cases, which cases were pending in various bankruptcy courts across the United States, and San Francisco and San Diego airports in various bankruptcy related assignments. The Firm has also represented the Creditors' Committees in the Maxicare, Watts Health and numerous other health care related reorganizations. Attorneys at the firm have served as and represented bankruptcy or reorganization trustee or other fiduciaries in the matters of Oasis Petroleum, Producers Sales Organization and Financial Corporation of America, the parent of American Savings and Loan, Namvar, Medpartners, APX and Empire Land, each multi-million dollar bankruptcy court operations and/or liquidations. In addition, individual attorneys within the Firm have various areas of expertise, including qualification to serve as reorganization and liquidation counsel and administrators in all California bankruptcy, federal, district and state courts and out-of-court workouts; appellate matters; trustees' avoiding powers; and landlord/tenant relations with particular reference to those rights in bankruptcy.

The Firm has an on-going commitment to the advancement of the educational and professional skills of its members and is active in bar organizations involved in the bankruptcy and reorganization field, including the Financial Lawyers Conference, the Insolvency Committee of the Business Law Section of the California State Bar and the Los Angeles Bankruptcy Forum.

Biographical data with respect to each partner, of counsel, associate, staff attorney, fiduciary and paralegal assistant is contained in the following section.

## ATTORNEY BIOGRAPHIES

1. Partners:

Eric P. Israel, a Professional Corporation. Mr. Israel was admitted to the California bar in 1987. His educational background is as follows: He holds degrees from the University of California at Los Angeles (B.A., 1981) and Southwestern University (J.D., with honors, 1987). Member, Southwestern University Law Review. He is a member of the Financial Lawyers Conference, The California (Board Member), Los Angeles and Orange County Bankruptcy Forums, and the Los Angeles County (Commercial Law and Bankruptcy Section, Bankruptcy Committee), Los Angeles County Bar and American Bar Associations. He has served as an editor of the California Bankruptcy Journal since 1998 and was special issue editor for the Special Trustee Issue (26 Cal. Bankr. J. vol. 26 (2002)); Mr. Israel currently serves as co-managing editor of the California Bankruptcy Journal. He was the Chairman of the Commercial Law and Bankruptcy Section of the L.A. County Bar Association (2014-2015) and Chairman of its Bankruptcy Committee (2013-2015) (formerly its Vice-Chair,

Programs Chair and Secretary). He is a certified mediator through the Straus Institute for Dispute Resolution of the Pepperdine University School of Law and has served on the panel of mediators for the Bankruptcy Courts for the Central District of California from the inception of the mediation program in 1995 to the present. He has lectured and written on bankruptcy related matters. He authored the articles: (1) Debtors Beware: Exemption Planning in California Now Subject to Challenge, 32 Cal. Bankr. J. 317 (2021); (2) "Hints on Making the Most of Your Estate's Assets: Often Overlooked Methods to Maximize Equity", 26 Cal. Bankr. J. 199 (2002); and (3) "Of Racketeers, RICO, the Enterprise-Separateness Issue and Chicken Little: What's Really Falling?" 17 Sw. L. Rev. 565 (1988).

John N. Tedford, IV, a Professional Corporation. Mr. Tedford was admitted to the California Bar in 1999. His educational background is as follows: University of Southern California (B.S., 1996); University of Southern California School of Law (J.D., 1999). Judicial Extern to the Honorable Kathleen P. March, Fall 1998 and Spring, 1999. Relief Law Clerk to the Honorable Alan M. Ahart, Ellen Carroll and Kathleen P. March, 1999-2001. Law Clerk to the Honorable Alan M. Ahart, 2001-2002. He is admitted to practice in the Central District of California. He is a member of the California State Bar Association, Financial Lawyers Conference and the Los Angeles Bankruptcy Forum.

Uzzi O. Raanan, a Professional Corporation. Mr. Raanan was admitted to the California State Bar in 1992 and to the Washington, D. C. Bar in 1995. His educational background is as follows: San Diego State University (B.A., 1988); University of the Pacific, McGeorge School of Law (J.D., 1992). He is admitted to practice in the Central and Eastern Districts of California, and in the Ninth Circuit Court of Appeals. He serves on the California Lawyers Association's Board of Representatives, past chair of the Business Law Section of the California Lawyers Association, Vice-Chair of Marketing & Outreach for the Business Law Section of the California State Bar, past Co-Chair of the Insolvency Law Committee of the California State Bar, past President of the Beverly Hills Bar Foundation, and a member of the Beverly Hills Bar Association Board of Governors, Financial Lawyers Conference and the Los Angeles Bankruptcy Forum. Mr. Raanan represents creditors and debtors, creditor committees, as well as court-appointed receivers and bankruptcy trustees, with regard to insolvencies, bankruptcy pre-planning and filing, state and federal court litigation, and Commercial Law disputes. He also specializes in handling appeals and a myriad of other issues arising in bankruptcy. Mr. Raanan is fluent in Hebrew.

Brad D. Krasnoff, a Professional Corporation. Mr. Krasnoff was admitted to the California Bar in 1986. His educational background is as follows: University of California at Los Angeles (B.A., 1982, Magna Cum Laude; J.D., 1986, Phi Beta Kappa). Extern, United States Attorney's Office, Civil Division, 1985. He is a member of the California State Bar Association, the Financial Lawyers Conference, the Los Angeles Bankruptcy Forum and the National

Association of Bankruptcy Trustees. Since 1997, he has served as a Chapter 7 Panel Trustee appointed by the United States Trustee for the Central District of California. He authored the article "Case Control? Electing a Chapter 7 Trustee: The Trustee's Viewpoint", California Bankruptcy Journal, Vol. 26 (2002) 258. Mr. Krasnoff co-authored "Based on What? Trustee Compensation Scenarios under Section 326 of the Bankruptcy Code," 35 Cal. Bankr. J. 339 (2021).

Zev Shechtman, a Professional Corporation. Mr. Shechtman was admitted to the California Bar in 2009. He is admitted to practice in the Central District of California. His educational background is as follows: University of California at Santa Cruz (B.A., 2003); New York University (M.A., 2006); University of Southern California School of Law (J.D., 2009). While a law student at the University of Southern California, Mr. Shechtman served as Managing Editor of the Southern California Review of Law & Social Justice. Mr. Shechtman served as an extern for the Honorable Thomas B. Donovan of the United States Bankruptcy Court for the Central District of California in the Summer of 2007. Mr. Shechtman serves as 2021-2022 President of the Los Angeles Bankruptcy Forum, where he helped found the Diversity, Equity & Inclusion Committee for the organization. Mr. Shechtman is a former chair of the Bankruptcy Section of the Beverly Hills Bar Association. Mr. Shechtman is an editorial board member of the California Bankruptcy Journal and the California Lawyers Association's Business Law News.

2. Of Counsel:

Richard K. Diamond, a Professional Corporation. Mr. Diamond was admitted to the California Bar in 1976. His educational background is as follows: University of California, Berkeley (A.B. 1973); University of California, Los Angeles (J.D. 1976); Phi Beta Kappa; Order of the Coif. He is a Fellow of the American College of Bankruptcy. Mr. Diamond is a member of the Business Law Section of the State Bar of California and served as the chair of its Debtor/Creditor Relations and Bankruptcy Committee (1990 and 1991). He is a past President of the Los Angeles Bankruptcy Forum. He serves as a Chapter 7 Panel Trustee appointed by the United States Trustee for the Central District of California. Mr. Diamond has specialized in reorganization and insolvency matters during the entire period of his practice.

George E. Schulman, a Professional Corporation. Mr. Schulman was admitted to the California Bar in 1975. He was admitted to the New York Bar in 1972. His educational experience is as follows: Queens College (B.A. 1968); New York University School of Law (J.D. 1971). He is a member of the Los Angeles County, Beverly Hills, American and New York Bar Associations, and a member of the State Bar of California. He is First Vice-Chair of the Antitrust and Trade Regulation Section of the Los Angeles County Bar Association. He is admitted to practice in all courts in California and New York, in the United States

District Courts for the Central, Northern, Southern and Eastern Districts of California, the United States Court of Appeals for the Second, Ninth and Tenth Circuits, and the United States Supreme Court. He specializes in litigation, with a special emphasis on bankruptcy, insolvency and receivership. He has served as a Federal Court receiver and has been appointed as a Chapter 11 and Chapter 7 trustee by the United States Trustee.

3. Associates:

Aaron E. de Leest, Senior Counsel was admitted to the California Bar in 2001. His educational background is as follows: Biola University (B.A., 1998); Southwestern University School of Law (J.D., 2001). With 20 years of experience as a bankruptcy attorney and litigator, Aaron de Leest focuses his practice on representing debtors, creditors, and trustees in bankruptcy matters, litigation, and appeals. He also represents clients in Chapter 11 cases. Aaron provides guidance to creditors with regard to their claims outside of bankruptcy, including collection actions and pre- and post-judgment remedies. He also specializes in representing receivers in both federal and state court.

Aaron is the current Co-Chair of the Insolvency Law Committee, Business Law Section of the California Lawyer's Association and has also served as the Co-Chair of the Publications Subcommittee for the Insolvency Law Committee. Aaron is a former Chair for the Bankruptcy Committee of the Los Angeles County Bar Association, Commercial Law and Bankruptcy Section and a former Chair of the Beverly Hills Bar Association, Bankruptcy Section.

In addition, Aaron is a former extern to the Honorable Barry Russell, United States Bankruptcy Judge, and is a recipient of the Barry Russell Federal Bar Association Award for Excellence in the Field of Federal Practice. Aaron is also a recipient of the American Bankruptcy Institute Medal of Excellence.

Michael G. D'Alba was admitted to the New Jersey State Bar in 2005 and to the California State Bar in 2009. His educational background is as follows: Princeton University (A.B., 1998); Rutgers University School of Law (J.D., 2005). He is admitted to practice in the Central District of California. He is a member of the California State Bar Association, Financial Lawyers Conference and the Los Angeles Bankruptcy Forum. Mr. D'Alba co-authored "Based on What? Trustee Compensation Scenarios under Section 326 of the Bankruptcy Code," 35 Cal. Bankr. J. 339 (2021).

Alphamorlai "Mo" Kebeh is a 2020 graduate of the University of California, Los Angeles, School of Law, where he served on the executive board of the Black Law Students Association and as a mentor for the school's Law Fellows Program. Prior to law school, Mo received his bachelor's degree in Legal Studies and Political Science from the University of Massachusetts, Amherst. At

the firm, Mo assists with the representation of debtors, creditors, and trustees in chapter 7 and chapter 11 cases.

Shantal Malmed was admitted to the California State Bar in 2023. Her educational background is as follows: University of California at Los Angeles (B.A., 2019); and University of Southern California Gould School of Law (J. D., 2023).

4. Paralegals/Legal Assistants:

Aracelli P. Panta is a bankruptcy paralegal who received her Bachelor of Arts degree from the University of California at Los Angeles in 1992 and her paralegal certificate from the University of California at Los Angeles' Extension Program in 1994.

Danielle Krasnoff is a Bankruptcy Trustee Administrator who joined the Firm in 2015. Ms. Krasnoff's experience has been in the legal and accounting fields for more than 30 years, including positions in Human Resources and Marketing.

5. Law Clerks:

Isabelle Cho is a law clerk. Her educational background is as follows: University of California Los Angeles (B.A., 2019); and University of California Los Angeles School of Law (J. D. Candidate, 2024).

# EXHIBIT “2”

DANNING GILL

**2024 RATES FOR REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| Reprographic Expense (Photocopy, Scan, Print) | $ .20 per page |
| Facsimile - Incoming | $ .20 per page |
| Facsimile - Outgoing | $1.00 per page |
| Mileage | IRS Rate for Business Use (currently 0.67 per mile) |
| Telephone | Actual Cost |
| Postage | Actual Cost |
| Messengers | Actual Cost |
| Overnight Mail | Actual Cost |
| On-line Computer Research | Actual Cost |
| Filing Fees | Actual Cost |
| Deposition or Witness Fees | Actual Cost |
| Parking | Actual Cost |

**DANNING, GILL, ISRAEL & KRASNOFF, LLP**
**1901 AVENUE OF THE STARS, SUITE 450, LOS ANGELES, CA 90067-6006**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S NOTICE OF APPLICATION AND APPLICATION TO EMPLOY DANNING, GILL, ISRAEL & KRASNOFF, LLP AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 328; STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 5, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On January 5, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 5, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| January 5, 2024 | Vivian Servin | */s/ Vivian Servin* |
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **William C Beall** will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Michael G D'Alba** mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
- **Anthony A. Friedman** aaf@lnbyg.com
- **Eric P Israel** eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Brad Krasnoff** bkrasnoff@DanningGill.com, danninggill@gmail.com;bkrasnoff@ecf.inforuptcy.com
- **Jerry Namba (TR)** jnambalaw@yahoo.com, jn01@trustesolutions.net;lgrahl@fsscommerce.com;jnambaepiq@earthlink.net
- **Reed H Olmstead** reed@olmstead.law, r41602@notify.bestcase.com
- **United States Trustee (ND)** ustpregion16.nd.ecf@usdoj.gov
- **Nayla Wren** nayla.wren@nlrb.gov
- **Steven D Wyllie** steven.wyllie@nlrb.gov

2. **SERVED BY U.S. MAIL**

Debtor
Ampersand Publishing, LLC
P.O. Box 939
Santa Barbara, CA 93102-0939

| | | |
|---|---|---|
| **20 LARGEST UNSECURED CREDITORS** | 1998 AMPERSAND AVIATION, LLC (FKA AMPERSAND<br>1301 SANTA BARBARA ST<br>SANTA BARBARA, CA 93101-2016 | 1998 AMPERSAND AVIATION, LLC<br>PO BOX 939<br>SANTA BARBARA, CA 93102 |
| AMERICAN TRAVEL MEDIA CORP.<br>1301 SANTA BARBARA ST<br>SANTA BARBARA, CA 93101-2016 | BREWER, JANE<br>339 SYLVAN DR<br>GOLETA, CA 93117-2108 | CASE DETECTIVE AGENCY<br>PO BOX 22223<br>SANTA BARBARA, CA 93121-2223 |

CHENG, JAMES
1631 BEAGLE CT
VENTURA, CA 93003-6308

DEWALT, TOM
211 W. GUTIERREZ ST., #10
SANTA BARBARA, CA 93101-3487

GRAPHIC COMMUNICATIONS
CONFERENCE, INTER
C/O IRA GOTTLIEB, ESQ.
801 N BRAND BLVD., STE 950
GLENDALE, CA 91203-1260

HARVEY, VICTORIA
2921 SERENA RD
SANTA BARBARA, CA 93105-3323

INLAND EMPIRE PAPER
COMPANY
3320 N ARGONNE
SPOKANE, WA 99212-2099

KING FEATURES SYNDICATE
PO BOX 90007
PRESCOTT, AZ 86304-9007

MALONE, STEVE
UNDELIVERABLE

MCCAW, WENDY 2014 LOAN
INCLUDES INTEREST
1301 SANTA BARBARA ST
SANTA BARBARA, CA 93101-2016

MCMAHON, MARILYN
512 PLAZA RUBIO
SANTA BARBARA, CA 93103-1946

MINEARDS, RICHARD
THE COTTAGE 555
SANTA BARBARA, CA 93108

MORAN, DENNIS
4549 VIA HUERTO
SANTA BARBARA, CA 93110-2323

PATTON, MARK
2639 SOUTH ANDROS WAY
MARDIAN, ID 83642-7432

SMOLENSKY, MATHEW
816 E 1ST AVE
MONMOUTH, IL 61462-2306

SOUTHERN CALIFORNIA EDISON
COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

TONNESON, STEVE
1369 LIMU DR
CARPINTERIA, CA 93013-1701

WAGNER, SHERRIE
212 NOGALES #B
SANTA BARBARA, CA 93105-3827

WALLACE, NORA
441 TERRA WAY
LOMPOC, CA 93436-1945

**Interested Party**
National Labor Relations Board
c/o Matheus Teixeira
1015 Half Street, SE, 4th Floor
Washington, DC 20570