BRAD D. KRASNOFF (State Bar No. 125065)
*bkrasnoff@DanningGill.com*
ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Jerry Namba, Chapter 7 Trustee

FILED & ENTERED

JAN 24 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>AMPERSAND PUBLISHING, LLC dba SANTA BARBARA NEWS-PRESS,<br><br>Debtor. | Case No. 9:23-bk-10601-RC<br><br>Chapter 7<br><br>**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY DANNING, GILL, ISRAEL & KRASNOFF, LLP AS SPECIAL LITIGATION COUNSEL PURSUANT TO U.S.C. § 328 [*DOC. NO. 44*]**<br><br>[No Hearing Required] |

Jerry Namba, the Chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "estate") of Ampersand Publishing, LLC (the "debtor"), has filed his Application to Employ Danning, Gill, Israel & Krasnoff, LLP as its Special Litigation Counsel Pursuant to U.S.C. § 328; Statement of Disinterestedness For Employment of Professional Person Under F.R.B.P. 2014 in support thereof (the "application," *doc. no. 44*). It appears from the application that it is necessary that the Trustee employ special litigation counsel, that said special litigation counsel represents no interest adverse to the debtor, the estate or any creditors in the matter upon which counsel is to be engaged, and that the employment of Danning, Gill, Israel & Krasnoff, LLP ("Danning-Gill") is in the best interest of the estate. It also appears that due and proper notice of the application was given to the debtor, the debtor's attorney, the United States Trustee, the twenty (20) largest unsecured creditors listed on

the debtor's Schedule E/F, and all parties in interest. It also appears that no objections or requests for hearing with respect to the application have been filed. It appearing that good cause exists,

IT IS ORDERED:

1. The application is granted in its entirety, and the Trustee is authorized to employ Danning-Gill as his special litigation counsel, upon the terms described in the application.

2. Unless the Court may otherwise determine and direct, the compensation to be awarded shall be fixed by the Court after notice and a hearing as may be required by the Bankruptcy Code, 11 U.S.C. § 328, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

###

Date: January 24, 2024

Ronald A. Clifford III
United States Bankruptcy Judge