ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
UZZI O. RAANAN (State Bar No. 162747)
*uraanan@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Counsel for Jerry Namba,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>AMPERSAND PUBLISHING, LLC dba SANTA BARBARA NEWS-PRESS,<br><br>Debtor. | Case No. 9:23-bk-10601-RC<br><br>Chapter 7<br><br>**NOTICE OF ERRATA RE:**<br><br>**FIRST INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DANNING, GILL, ISRAEL & KRASNOFF, LLP, AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE**<br><br>Date: December 10, 2024<br>Time: 1:00 p.m.<br>Place: Courtroom 201<br>1415 State Street<br>Santa Barbara, California 93101 |

**PLEASE TAKE NOTICE** that Exhibit "8" to the First Interim Application for Award of Compensation and Reimbursement of Expenses of Danning, Gill, Israel & Krasnoff, LLP, as General Counsel to Chapter 7 Trustee filed on November 18, 2024 (*docket no. 125*) is incorrect**.**

///

///

///

///

A copy of the correct Order Granting Chapter 7 Trustee's Application to Employ Danning, Gill, Israel & Krasnoff, LLP as General Bankruptcy Counsel is attached hereto as Exhibit "8".

DATED: November 19, 2024

DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: */s/ Uzzi O. Raanan*
UZZI O. RAANAN
Applicant as Attorneys for Jerry Namba,
Chapter 7 Trustee

# EXHIBIT 8

BRAD D. KRASNOFF (State Bar No. 125065)
*bkrasnoff@DanningGill.com*
ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Jerry Namba, Chapter 7 Trustee

FILED & ENTERED

AUG 30 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>AMPERSAND PUBLISHING, LLC dba SANTA BARBARA NEWS-PRESS,<br><br>Debtor. | Case No. 9:23-bk-10601-RC<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY DANNING, GILL, ISRAEL & KRASNOFF, LLP AS GENERAL BANKRUPTCY COUNSEL [Doc. No. 13]**<br><br>[No Hearing Required |

Jerry Namba, the Chapter 7 trustee (the "Trustee") for the estate of Ampersand Publishing, LLC dba Santa Barbara News-Press (the "debtor"), has filed his application to employ general counsel (*doc. no. 13*) (the "application"). It appears from the application that it is necessary that the Trustee employ counsel, that said counsel represents no interest adverse to the debtor, the estate, or any creditors in the matter upon which counsel is to be engaged, and that the employment of Danning, Gill, Israel & Krasnoff, LLP is in the best interest of the estate. It also appears that due and proper notice of the application was given to the debtor, the debtor's counsel, the United States Trustee, the 20 largest unsecured creditors, and all parties in interest. It also appears that no objections or requests for hearing with respect to the application have been filed.

/ / /

/ / /

It appearing that good cause exists, it is

**ORDERED THAT:**

1. The application is approved in its entirety, and the Trustee is authorized to employ Danning, Gill, Israel & Krasnoff, LLP, as his general counsel, at the expense of the estate, effective as of July 21, 2023, pursuant to 11 U.S.C. § 327(a).

2. The compensation to be awarded shall be fixed by the Court after notice and a hearing as may be required by 11 U.S.C. §§ 330 and 331 and other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

###

Date: August 30, 2023

Ronald A. Clifford III
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF ERRATA RE: FIRST INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DANNING, GILL, ISRAEL & KRASNOFF, LLP, AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 19, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On November 19, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Ampersand Publishing, LLC
P.O. Box 939
Santa Barbara, CA 93102

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 19, 2024 | Beverly Lew | */s/ Beverly Lew* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

William C Beall on behalf of Attorney Courtesy NEF
will@beallandburkhardt.com, carissa@beallandburkhardt.com

William C Beall on behalf of Interested Party NP 2024 LLC
will@beallandburkhardt.com, carissa@beallandburkhardt.com

Michael G D'Alba on behalf of Plaintiff Jerry Namba mgd@lnbyg.com

Michael G D'Alba on behalf of Trustee Jerry Namba (TR) mgd@lnbyg.com

Zachary Truman Elsea on behalf of Defendant 715 Anacapa, LLC, a California limited liability company
zelsea@eisnerlaw.com

Zachary Truman Elsea on behalf of Defendant 725 Kellogg, LLC, a California limited liability company
zelsea@eisnerlaw.com

Zachary Truman Elsea on behalf of Defendant Wendy McCaw zelsea@eisnerlaw.com

Anthony A. Friedman on behalf of Debtor Ampersand Publishing, LLC aaf@lnbyg.com

Eric P Israel on behalf of Attorney Courtesy NEF
eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Plaintiff Jerry Namba
eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Trustee Jerry Namba (TR)
eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Brad Krasnoff on behalf of Trustee Jerry Namba (TR)
bkrasnoff@DanningGill.com, danninggill@gmail.com;bkrasnoff@ecf.inforuptcy.com

Ashlee N Lin on behalf of Defendant 715 Anacapa, LLC, a California limited liability company alin@eisnerlaw.com

Ashlee N Lin on behalf of Defendant 725 Kellogg, LLC, a California limited liability company alin@eisnerlaw.com

Ashlee N Lin on behalf of Defendant Wendy McCaw alin@eisnerlaw.com

Ashlee N Lin on behalf of Respondent Wendy Mccaw alin@eisnerlaw.com

Jerry Namba (TR)
jnambalaw@yahoo.com, jn01@trustesolutions.net;lgrahl@fsscommerce.com;jnambaepiq@earthlink.net

Reed H Olmstead on behalf of Interested Party Courtesy NEF
reed@olmstead.law, r41602@notify.bestcase.com

Uzzi O Raanan, ESQ on behalf of Plaintiff Jerry Namba
uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ on behalf of Trustee Jerry Namba (TR)
uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov

Nayla Wren on behalf of Creditor National Labor Relations Board nayla.wren@nlrb.gov

Nayla Wren on behalf of Interested Party Courtesy NEF nayla.wren@nlrb.gov

Steven D Wyllie on behalf of Interested Party Kristen L Scott steven.wyllie@nlrb.gov