Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

UZZI O. RAANAN (State Bar No. 162747)
*uraanan@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

☒ *Attorney for*: Jerry Namba, Chapter 7 Trustee

FOR COURT USE ONLY

FILED & ENTERED
DEC 16 2024
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

In re:

AMPERSAND PUBLISHING, LLC,
dba SANTA BARBARA NEWS-PRESS,

Debtor(s).

CASE NO.: 9:23-bk-10601-RC

CHAPTER: 7

**ORDER ON FIRST INTERIM APPLICATION FOR PAYMENT OF:**

☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**

☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**

DATE: December 10, 2024
TIME: 1:00 p.m.
COURTROOM: 201
PLACE: 1415 State Street
Santa Barbara, California 93101

1. Name of Applicant (*specify*): Danning, Gill, Israel & Krasnoff, LLP
2. This proceeding was heard at the date and place set forth above and was ☐ Contested ☒ Uncontested
3. Appearances were made as follows: Appearances waived per tentative ruling.
   a. ☐ Applicant present in court by
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court:
   d. ☐ Other appearances:
4. Applicant gave the required notice of the Application on (*specify date*): November 19, 2024 (*doc. no. 133*)

5. The court orders as follows:

a. ☒ Application for Payment of Interim Fees is approved as follows:
   (1) ☒ Total amount allowed: **$466,768.50**
   (2) ☒ Amount or percentage authorized for payment at this time: **$221,007.97**

b. ☒ Application for Reimbursement of Interim Expenses is approved as follows:
   (1) ☒ Total amount allowed: **$6,188.22**
   (2) ☒ Amount or percentage authorized for payment at this time: **$6,188.22**

c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
   ☐ Total amount allowed: $ _____

e. (1) ☐ Application is denied
   ☐ in full
   ☐ in part
   ☐ without prejudice
   ☐ with prejudice
   (2) Grounds for denial *(specify):*

f. ☐

###

Date: December 16, 2024

Ronald A. Clifford III
United States Bankruptcy Judge